# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138115 & (22)

ROBERT ADAIR,
                Plaintiff-Appellee,

v                                                        SC: 138115
                                                         COA: 288286
                                                         Macomb CC: 07-003776-CK
UTICA COMMUNITY SCHOOLS,
                Defendant,

and

UTICA SKILLED TRADES ASSOCIATION,
                Defendant-Appellant.
_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 11, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. This denial is without prejudice to the defendant's ability to file a motion requesting that the Macomb Circuit Court set the dollar amount of a stay bond in an amount adequate to protect the opposite party, pursuant to MCR 7.209(B)(1).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2009

d0311

_____
Clerk